EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  | |
|---|---|
| In re:<br><br><br>Graham A. Castillo Pagán | 2020 TSPR 106<br><br>205 DPR \_\_\_\_\_ |

Número del Caso:  TS-8,739



Fecha:  17 de septiembre de 2020



Abogados de la parte peticionaria:

        Lcda. Daisy Calcaño López
        Lcdo. Raúl Rodríguez Quiles



Materia:  Reinstalación al ejercicio de la abogacía.



Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Graham A. Castillo Pagán                    TS-8739


RESOLUCIÓN

En San Juan, Puerto Rico, a 17 de septiembre de 2020.

Examinada la *Urgente moción en cumplimiento de orden* presentada por el Sr. Graham A. Castillo Pagán, así como la *Certificación* del Programa de Educación Jurídica Continua (PEJC) emitida el 15 de septiembre de 2020, damos por cumplida la *Resolución* del 25 de agosto de 2020 y, en consecuencia, ordenamos la reinstalación del Lcdo. Graham A. Castillo Pagán al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Martínez Torres no intervino.


José Ignacio Campos Pérez
Secretario del Tribunal Supremo